On appellant's petition for reconsideration filed July 6, former opinion filed June 6, 29 Or App 713, 564 P2d 1100, former opinion adhered to; petition for reconsideration denied July 18, 1977

In the Matter of Phil Edward Lerma, a Child,
STATE ex rel JUVENILE DEPARTMENT OF
KLAMATH COUNTY, *Respondent,*

*v.*

PHIL EDWARD LERMA, *Appellant.*
(No. 422-76, CA 7660)
566 P2d 207

Douglas V. Osborne and Michael D. Henry, Klamath Falls, for petition.

No appearance contra.

Before Thornton, Presiding Judge, and Tanzer and Richardson, Judges.

THORNTON, P. J.

**THORNTON, P. J.**

Our opinion stated that the child was at MacLaren School for Boys. As petitioner points out, that statement was incorrect. Although there was some discussion relative to committing the child to MacLaren School, he was actually detained in the Juvenile Detention Home in Klamath County. We otherwise adhere to our former opinion.

Former opinion adhered to; petition for reconsideration denied.